UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE BROWN,

                          Plaintiff,

-against-

NEW YORK CARE AT HOME LTD. et al.,

                          Defendants.

24-CV-01055 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Based on the proofs of service filed on the docket in this matter, Defendants New York Care at Home Ltd. and Igor Homecare Ltd. appear to be in default. It is hereby ORDERED that Plaintiff shall file any motion for default judgment in accordance with the Court's Individual Rules & Practices no later than **April 19, 2024.**

      If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at [GarnettNYSDChambers@nysd.uscourts.gov](mailto:GarnettNYSDChambers@nysd.uscourts.gov). If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail and/or by in-person service on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

Dated: April 3, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge